COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP

| | |
|---|---|
| JOACHIM P. COX | 7520-0 |
|    jcox@cfhawaii.com | |
| RANDALL C. WHATTOFF | 9487-0 |
|    rwhattoff@cfhawaii.com | |
| KAMALA S. HAAKE | 9515-0 |
|    khaake@cfhawaii.com | |

800 Bethel Street, Suite 600
Honolulu, Hawai'i 96813
Telephone: (808) 585-9440
Facsimile: (808) 275-3276

Attorneys for Defendants
STARBUCKS CORPORATION,
STARBUCKS COFFEE COMPANY, and
STARBUCKS COFFEE HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| MARCO POLO MARCELLO; LARA TAINA GA SILVA,<br><br>            Plaintiffs,<br><br>vs.<br><br>STARBUCKS CORPORATION; STARBUCKS COFFEE COMPANY; STARBUCKS COFFEE HAWAII; JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE GOVERNMENTAL AGENCIES 1-10; DOE PARTNERSHIPS 1-10; DOE ENTITILES1-10,<br><br>            Defendants. | CASE NO. _____<br><br>DEFENDANTS' NOTICE OF REMOVAL; DECLARATION OF RANDALL C. WHATTOFF; DECLARATION OF LYLE TENPENNY; EXHIBITS 1-5; CERTIFICATE OF SERVICE<br><br>Trial:   None set |

## DEFENDANTS' NOTICE OF REMOVAL

Defendants Starbucks Corporation, Starbucks Coffee Company, and Starbucks Coffee Hawaii (collectively "Defendants") hereby remove to this Honorable Court a civil lawsuit filed in the Circuit Court of the First Circuit, State of Hawai'i, Case No. 1CCV-21-0000084, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.  Removal is proper because there is complete diversity of citizenship between the parties, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

**I.     STATE COURT PROCEEDINGS**

1. On January 24, 2021, Plaintiffs Marco Polo Marcello and Lara Taina Ga Silva (collectively "Plaintiffs") filed a Complaint against Defendants in the Circuit Court of the First Circuit, State of Hawai'i.  The Complaint against Defendants alleges claims for negligence, emotional distress, loss of consortium, and punitive damages.

2. Defendants were served with a copy of the Complaint and Summons on February 23, 2021.  Whattoff Decl. ¶ 3.  A copy of the Complaint and Summons are attached to the Declaration of Randall Whattoff as Exhibit 1.  A copy of the State Court docket is attached hereto as Exhibit 2.

3. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

## II. VENUE

4. Venue lies in the United States District Court for the District of Hawai'i pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because this action was originally brought in the Circuit Court of the First Circuit, State of Hawai'i.

## III. GROUNDS FOR REMOVAL

5. This action is removable to this Court on the basis of diversity of citizenship. *See* 28 U.S.C. § 1332.

6. At all relevant times, as set forth in the Complaint, Plaintiffs were residents of the County of Honolulu, State of Hawai'i. *See* Ex. 1 ¶ 1.

7. At all relevant times, Defendant Starbucks Corporation was incorporated under the laws of the State of Washington with its principal place of business in Washington. *See* Tenpenny Decl. ¶¶ 3-4 & Ex. 3; *see also* Ex. 1 ¶ 2. Therefore, Starbucks is a citizen of Washington.

*8.* Starbucks Coffee Company and Starbucks Coffee Hawaii are not independent entities but are merely trade names or "DBAs" of Starbucks Corporation. *See* Tenpenny Decl. ¶¶ 5 & Exs. 4-5; *see also* Ex. 1 ¶ 3 ("Defendants STARBUCKS COFFEE COMPANY and STARBUCKS COFFEE HAWAII are listed on the Hawai'i Department of Commerce and Consumer Affairs as Trade Names . . . ." (parenthetical omitted)). Therefore, they do not have independent corporate citizenship and are disregarded for the diversity analysis. *See, e.g.,*

*Melendez v. Colorite Plastics Co.*, No. 215CV01931SDWLDW, 2015 WL 6745841, at *5 (D.N.J. Oct. 19, 2015).

      9.      There is complete diversity of citizenship between Plaintiffs, who are citizens of Hawai'i, and Starbucks Corporation, which is a citizen of Washington.

      10.     Plaintiffs request past, present, and future special and general, as well as punitive, damages as against Starbucks.  Plaintiffs claim:

- The man who assaulted them during the incident "knew who to hurt someone with his cane.  The first blow from the man with the cane hit Plaintiff Marcello in the face and broke many bones in, and the nose on, Plaintiff Marcello's face, the entire left side of Plaintiff Marcello's face."  Ex. 1 ¶ 11.

- Plaintiff Marcello "passed out for approximately several minutes."  *Id.* ¶ 15.

- "The first responders took Plaintiff Marcello to Wahiawa general hospital.  The [hospital] conducted a CT scan on Plaintiff Marcello and they confirmed that Plaintiff Marcello had suffered severe injuries that required face reconstructive surgery."  *Id.* ¶ 16.

- "Plaintiff Marcello did undergo face reconstructive surgery.  The doctor who performed the surgery noted that Plaintiff Marcello's case or surgery was one of the most challenging and difficult surgeries to perform.  To this day, Plaintiff Marcello's entire left side of his body is numb."  *Id.* ¶ 17.

- In addition to his physical injuries, Plaintiff Marcello claims he suffered "severe psychological trauma" and significant business losses.  *Id.* ¶¶ 18, 20.

Therefore, the amount in controversy exceeds the minimum jurisdictional amount.

## IV. NOTICE TO ADVERSE PARTIES AND STATE COURT

11. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice shall be promptly served on Plaintiffs' counsel of record and will be filed with the Clerk of the Court of the Circuit Court of the First Circuit, State of Hawai'i.

## V. CONCLUSION

12. By removing this action to this Court, Defendants do not waive any defenses, objections, or motions available under state or federal law. Defendants expressly reserves the right to move for dismissal of Plaintiffs' claims pursuant to Rule 12 of the Federal Rules of Civil Procedure and/or any other rule.

WHEREFORE, Defendants pray that the above-entitled action be removed from the Circuit Court of the First Circuit, State of Hawai'i, to the United States District Court for the District of Hawai'i.

DATED: Honolulu, Hawai'i, March 22, 2021.

/s/Randall C. Whattoff
JOACHIM P. COX
RANDALL C. WHATTOFF
KAMALA S. HAAKE

Attorneys for Defendants
STARBUCKS CORPORATION,
STARBUCKS COFFEE COMPANY, and
STARBUCKS COFFEE HAWAII